**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6073**

———————————

UNITED STATES OF AMERICA

                                        Plaintiff - Appellee,

        versus

GARFIELD BANCROFT HOLLINGSWORTH,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., Chief District Judge. (CR-90-195-2-G, CA-97-494-2)

———————————

Submitted: March 25, 1999          Decided: March 31, 1999

———————————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Garfield Bancroft Hollingsworth, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garfield Bancroft Hollingsworth seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Hollingsworth's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hollingsworth, Nos. CR-90-195-2-G; CA-97-494-2 (M.D.N.C. Dec. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED